■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD FOSTER, Appellant. — Judgment unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed upon the sodomy conviction to an indeterminate term of imprisonment with a maximum of 15 years and a minimum of five years and, as modified, affirmed. (Appeal from judgment of Monroe Supreme Court, Boehm, J. — sodomy, first degree and sexual abuse, first degree.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Schnepp, JJ.